1 | MARCUS T. HALL (SBN 206495)
2 | WILLIAM SLOAN COATS III (SBN 94864)
2 | DEAN A. MOREHOUS (SBN 111841)
3 | CRAIG C. CROCKETT (SBN 265161)
3 | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP
  | 555 Mission Street, Thirty-Fourth Floor
4 | San Francisco, CA  94105
  | Telephone: (415) 814-6161
5 | Facsimile:  (415) 814-6165
  | marcus.hall@novakdruce.com
6 | william.coats@novakdruce.com
  | dean.morehous@novakdruce.com
7 | craig.crockett@novakdruce.com

8 | Attorneys for Plaintiff
  | Kenu, Inc.
9 |

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 |

13 | KENU, INC.,                                    Case No.

14 |             Plaintiff,                        **KENU, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**
15 |      v.                                       **[Civil L.R. 3-15; Fed. R. Civ. P. 7.1]**

16 | EBAY, INC., TANKYMALL,
   | FOUROCEAN888, BESTOFFER01,
17 | AYAGROUP, PLUG-IN-PLAYOWEN,
   | HOT.GROUP, ALLYEXPORTER,
18 | ANYFASHION2013, SINOTECH2015,
   | SHOPBEST2U, OK-FLY, 2012DIGITAL2012,
19 | HULUSHOP2010, MYTOPLUCK, BG27CYF,
   | YNAAN, STARSMILE5, MOBILEKITS,
20 | USECHEAP, LGC GAS EQUIPMENT (HK)
   | CO., LIMITED, and DOES 1 through 10,
21 | inclusive,

22 |             Defendants.

23 |
24 |
25 |
26 |
27 |
28 |

1   Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that as of this date Kenu, Inc. does not have a parent corporation, and there is no publicly held corporation owning 10% or more of its stock.

Dated: September 10, 2014                NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP


                                         By:    /s/Marcus T. Hall
                                                Marcus T. Hall
                                                William Sloan Coats III
                                                Dean A. Morehous
                                                Craig C. Crockett
                                                Attorneys for Plaintiff
                                                KENU, INC.