MARCUS T. HALL (SBN 206495)
WILLIAM SLOAN COATS III (SBN 94864)
DEAN A. MOREHOUS (SBN 111841)
CRAIG C. CROCKETT (SBN 265161)
NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP
555 Mission Street, Thirty-Fourth Floor
San Francisco, CA  94105
Telephone: (415) 814-6161
Facsimile:  (415) 814-6165
marcus.hall@novakdruce.com
william.coats@novakdruce.com
dean.morehous@novakdruce.com
craig.crockett@novakdruce.com

Attorneys for Plaintiff
Kenu, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENU, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>EBAY, INC., TANKYMALL, FOUROCEAN888, BESTOFFER01, AYAGROUP, PLUG-IN-PLAYOWEN, HOT.GROUP, ALLYEXPORTER, ANYFASHION2013, SINOTECH2015, SHOPBEST2U, OK-FLY, 2012DIGITAL2012, HULUSHOP2010, MYTOPLUCK, BG27CYF, YNAAN, STARSMILE5, MOBILEKITS, USECHEAP, LGC GAS EQUIPMENT (HK) CO., LIMITED, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 14-cv-04113 JD<br><br>**KENU, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EBAY, INC.** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Kenu, Inc. ("Kenu") voluntarily dismisses with prejudice the above-entitled action against Defendant eBay, Inc.

This notice of dismissal is being filed with the Court before service by Defendant eBay of either an answer or a motion for summary judgment.

Respectfully submitted,

Dated: January 9, 2015          NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP

By:   /s/ Marcus T. Hall
     Marcus T. Hall
     William Sloan Coats III
     Dean A. Morehous
     Craig C. Crockett
     Attorneys for Defendants
     Kenu, Inc.

1

KENU, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EBAY, INC.