MARCUS T. HALL (SBN 206495)
WILLIAM SLOAN COATS III (SBN 94864)
DEAN A. MOREHOUS (SBN 111841)
CRAIG C. CROCKETT (SBN 265161)
NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP
555 Mission Street, Thirty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 814-6161
Facsimile: (415) 814-6165
marcus.hall@novakdruce.com
william.coats@novakdruce.com
dean.morehous@novakdruce.com
craig.crockett@novakdruce.com

Attorneys for Plaintiff
KENU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| KENU, INC., <br><br> Plaintiff, <br><br> v. <br><br> EBAY, INC., TANKYMALL, FOUROCEAN888, BESTOFFER01, AYAGROUP, PLUG-IN-PLAYOWEN, HOT.GROUP, ALL YEXPORTER, ANYFASHION2013, SINOTECH2015, SHOPBEST2U, OK-FLY, 2012DIGITAL2012, HULUSHOP2010, MYTOPLUCK, BG27CYF, YNAAN, STARMILE5, MOBILEKITS, USECHEAP, LGC GAS EQUIPMENT (HK) CO., LIMITED, and DOES 1through 10, inclusive, <br><br> Defendants. | Case No. 14-cv-04113 <br><br> **CERTIFICATE OF SERVICE** |

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 Mission Street, Thirty-Fourth Floor, San Francisco, CA 94105.

On January 9, 2015, I served the foregoing document(s) described as:

KENU, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EBAY, INC.

on the interested parties in this action, at the following addresses:

| | |
|---|---|
| Allyexporter<br>Agent for Service<br>Vladislav Doroshenko<br>130 Old Oak Drive, Apt.247<br>Buffalo Grove, IL 60089 | Ayagroup<br>Agent for Service<br>Ali Chance<br>14145 Proctor Avenue, Suite #10<br>La Puente, CA 91746 |
| Counsel for eBay, Inc.<br>Julie Bookbinder<br>Greenberg Traurig, LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 | LGC Gas Equipment (HK) Co. Limited<br>Room 1205<br>12/F Tai Sang Bank Building<br>130-132 Des Voeux Road<br>Central, Hong Kong |

(X)   (For Collection). By placing a true copy (copies) thereof enclosed in a sealed envelope(s), addressed as above, and by placing said sealed envelope(s) for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business' practice for collection and processing of correspondence for mailing the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.

( )   (Overnight Delivery). By placing a true copy(ies) thereof enclosed in a sealed envelope(s) or package(s) as designated by Federal Express, addressed as above, and depositing said envelope(s) or package(s), with delivery fees provided for, in a box regularly maintained by Federal Express at 555 Mission Street, Thirty-Fourth Floor, San Francisco, CA 94105.

( )   (Personal Delivery). I caused to be served by messenger for personal delivery that same day the foregoing documents in a sealed bankers box to the above persons at the address(es) listed above.

( )   (Email). My electronic service address is           @novakdruce.com. Based on a court order or an agreement by the parties to accept electronic service, I caused the foregoing documents to be sent to the persons at the electronic service addresses listed above.

(X)   (Federal). I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2015, at San Francisco, California.

_____
Dani Quever

CERTIFICATE OF SERVICE
2