TROUTMAN SANDERS LLP
Marcus T. Hall, Bar No. 206495
marcus.hall@troutmansanders.com
Dean A. Morehous, Bar No. 111841
dean.morehous@troutmansanders.com
Craig C. Crockett, Bar. No. 265161
craig.crockett@troutmansanders.com
San Francisco, CA  94104
Telephone:     415.477.5700
Facsimile:      415.477.5710

Attorneys for Plaintiff
KENU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENU, INC., <br><br>                  Plaintiff, <br><br>     v. <br><br> EBAY INC. et al., <br><br>                  Defendants. | Case No. 14-CV-04113-JD <br><br> **[PROPOSED] ORDER GRANTING KENU'S MOTION FOR DEFAULT JUDGMENT** <br><br> [Fed. R. Civ. P. 55(b)] |

1   This matter has come before the Court on Kenu's Motion for Default Judgment against
2   defendants Ali Chance (originally sued as eBay user known as "ayagroup"), Vladislav
3   Doroshenko (originally sued as eBay user known as "allyexporter"), and LGC Gas Equipment
4   (HK) Co., Limited (together, "Defendants").  Dkt. No. 96.  After considering the papers and all
5   evidence submitted, and after considering the factors discussed in *Eitel v. McCool*, 782 F.2d
6   1470, 1471-72 (9th Cir.1986),

**IT IS ORDERED** that Kenu's Motion for Default Judgment is **GRANTED**, and that judgment will be entered against Defendants for each of Kenu's claims for relief.

A permanent injunction is hereby entered against Defendants as follows:

a.   Enjoining and restraining Defendants, their officers, agents, servants, representatives, employees, attorneys, parents, subsidiaries, affiliates, related companies, partners, successors, predecessors, assigns and all persons acting for, with, by, through or under them, and each of them, from:

   i.   manufacturing, shipping, selling, offering for sale, exposing for sale, holding for sale, advertising, or promoting or otherwise moving, storing or disposing of in any manner any device for holding electronic products that are alleged to infringe Kenu's U.S. Design Patent No. D960,707 (the "'707 patent"), or to falsely bear the product design trade dress of the Kenu AIRFRAME product (the "Kenu Trade Dress"), or bearing the names "WINDFRAME", "AiIRFRAME", or "AIRFRAME", or any reproduction, counterfeit, copy or colorable imitation of same;

   ii.  using the designs of the '707 Patent, the Kenu Trade Dress, or the "AIRFRAME" trademark, or any reproduction, counterfeit, copy, or colorable imitation thereof, in connection with the distribution, advertising, offer for sale, exposure for sale, and/or sale of merchandise not the genuine products of Kenu;

   iii. using the designs of the '707 Patent, the Kenu Trade Dress, or the "AIRFRAME" trademark, or any reproduction, counterfeit, copy or colorable

1   imitation thereof in connection with the www.ebay.com website, other online services or activities, or any other goods or services not the genuine products of Kenu, in a manner that is likely to cause confusion, mistake, deception, or public misunderstanding that such website, other online services or activities, or other goods or services are produced or provided by Kenu, or are sponsored or authorized by or in any way connected or related to Kenu;

iv. passing off, inducing or enabling others to sell or pass off any products that infringe the '707 Patent, the Kenu Trade Dress, or the "AIRFRAME" trademark;

v. operating and/or hosting any website or webpage, or otherwise providing services enabling the sale, exposure for sale, or offer for sale of any products that infringe the '707 Patent, falsely bear the Kenu Trade Dress, or infringe the "AIRFRAME" trademark; and

vi. otherwise infringing the '707 Patent, Kenu Trade Dress, or "AIRFRAME" trademark, or infringing other Kenu intellectual property, damaging Kenu's goodwill or otherwise competing unfairly with Kenu in any manner;

Defendants are hereby given further notice they shall be deemed to have actual notice of the issuance and terms of such Permanent Injunction and any act by them or any one of them in violation of any of the terms thereof may be considered and prosecuted as contempt of this Court.

**IT IS FURTHER ORDERED**, that in accordance with 35 U.S.C. § 289(2), Kenu is entitled to statutory damages in the amount of $250 from each of the Defendants for infringement of the '707 patent.

**IT IS SO ORDERED.**

Dated: October 12, 2016

_____
United States District Judge
James Donato